BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
NICHOLAS G. PURCELL
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3752

Attorneys for Plaintiff
United States of America



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>JOHN PAUL JONES CDCR# CB3289,<br><br>         Defendant | Case No.: 2:25-cr-00251-WLH<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; [PROPOSED] ORDER |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant JOHN PAUL JONES  who is now detained at the  WASCO STATE PRISON, in the City of  WASCO , State of  CALIFORNIA  , in the custody of the Warden, Sheriff or Jailor of said institution.

   The above-entitled case is scheduled for  INITIAL APPEARANCE  on the  23RD day of  SEPTEMBER, 2025  at  1:30 P.M. in the courtroom of the Honorable  DUTY MAGISTRATE  , Judge of the United States District Court, Roybal Federal Building,

Courtroom 640, 255 East Temple Street, at which the defendant's presence will be necessary. In order to secure defendant's presence, it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Sheriff or Jailor to produce the defendant in said court on the date and time specified above, and at such other dates as may be necessary incident to this case.

WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: August 5, 2025

BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

　　　　/s/
NICHOLAS G. PURCELL
Assistant United States Attorney