BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
NICHOLAS G. PURCELL
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3752

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>JOHN PAUL JONES CDCR# CB3289,<br><br>      Defendant | Case No.: 2:25-cr-00251-WLH<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

    THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:  The Warden, Sheriff or Jailor of  WASCO STATE PRISON , in

the City of WASCO , State of CALIFORNIA , and to any United

States Marshal.


GREETING

   WE COMMAND that you produce and deliver the body of

defendant JOHN PAUL JONES , who is now in your custody, before

the Honorable DUTY MAGISTRATE , Judge of the United States

District Court, Roybal Federal Building, Courtroom 640,

255 East Temple Street, on the  23RD  day of SEPTEMBER, 2025  at 1:30 P.M. , in order that said defendant in the above-entitled case may then and there be arraigned and enter a plea at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

Dated:    08/06/2025

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY:_____
            Deputy Clerk

# *Memorandum*

| Subject: | Date: |
|---|---|
| **AUSA REQUEST FOR TRANSFER/ WRIT OF HABEAS CORPUS U.S. v. JOHN PAUL JONES** 2:25-cr-00251-WLH | August 5, 2025 |

| To: | From: |
|---|---|
| KEVIN RILEY Acting United States Marshal U.S. Marshal's Office | AUSA NICHOLAS G. PURCELL Assistant United States Attorney (213) 894-3752 |

The following identifying information is submitted in order to expedite the execution of the attached request from the U.S. Attorney's Office or Writ of Habeas Corpus.  If you have any questions, please contact the Assistant U.S. Attorney indicated above.

| PRISONER INFORMATION | | | |
|---|---|---|---|
| NAME: | JOHN PAUL JONES | | |
| AKAs: | | SEX: | MALE |
| DOB or Age: | 11-22-1983 | RACE: | WHITE |
| **PENDING FEDERAL CHARGES** | | | |
| Charges: | 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii), (b)(1)(B)(vi):Possession with Intent to Distribute Methamphetamine and Fentanyl | | |
| Case #: | 2:25-cr-00251-WLH | | |
| **INSTITUTION'S INFORMATION** | | | |
| NAME: | WASCO STATE PRISON, WASCO, CA. | | |
| Location of Institution: | 701 SCOFIELD AVENUE WASCO, CALIF., 93280 | Phone# | (661)758-8400 |
| BOOKING # | CDCR# CB3289 | | |
| OTHER INFO RE HANDLING OF PRISONER: | | | |

**THIS MEMO SHOULD BE ATTACHED TO THE AUSA REQUEST/WRIT**