UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | |
|---|---|
| Case No. 2:25-cr-00251-WLH | Date: 09/23/2025 |
| Present: The Honorable: Jacqueline Chooljian, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |
| Kerri Hays — Deputy Clerk | C/S 09/23/2025 — Court Reporter / Recorder | Kevin Reidy — Assistant U.S. Attorney |

U.S.A. v. Defendant(s) ✓ Present   In Custody
John Paul Jones

Attorneys for Defendants: ✓ Present   DFPD
Hannah Alice Bogen

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel   Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Wesley L. Hsu.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/17/2025 9:00 AM; Pre-Trial Conference: 11/7/2025 10:30 AM
* Government counsel provides trial estimate of 2-3 days.
* Judge Hsu is located in 9B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA   PSAED   PSASA
 ✓ USMLA   USMED   USMSA
    Statistics Clerk   Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: KH by CGM