# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

☑ LA  ☐ RS  ☐ SA   DATE FILED: 4/4/2025
CASE NUMBER: 2:25-cr-00251-WLH   ☐ Under Seal
INIT. APP. DATE: 9/23/2025   TIME: 1:30 PM

v.

John Paul Jones

DEFENDANT.

CHARGING DOC: Indictment
DEFENDANT STATUS: In Custody
☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
VIOLATION: 21:841A=CD.F; 21:841A=CD.F
COURTSMART/~~REPORTER~~: 9-23-25

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Jacqueline Chooljian

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Kerri Hays (Deputy Clerk)   Kevin Reidy (Assistant U.S. Attorney)   ___ (Interpreter / Language)

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is ___
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☑ Attorney: Hannah Alice Bogen ✓   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order)   ☐ Special appearance by: ___
- ☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ ___ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ___. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge ___ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ___ at 11:30 AM in Los Angeles
- ☐ Post-Indictment Arraignment set for: ___ at 8:30 AM in Los Angeles
- ☐ Government's motion to dismiss case/defendant ___ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.   ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to ___ District of ___
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ___
  - ☐ Warrant of removal and final commitment to issue. Date issued: ___ By CRD: ___
  - ☐ Warrant of removal and final commitment are ordered stayed until ___
- ☐ Case continued to (Date) ___ (Time) ___ ☐ AM / ☐ PM
- ☐ Type of Hearing: ___ Before Judge ___ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom   ☐ Judge's Courtroom ___
- ☑ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ___).
- ☑ Other: PIA held. See separate minute order

**RECEIVED:** Det. ☑ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10  ☐ READY   Deputy Clerk Initials: KH / 04